the extent of eliminating items 1, 3, 6, 11, 12, 14, 15, 17, 18, 25, 26 and 27 and, as so modified, affirmed, with $10 costs and disbursements to plaintiff, on the ground that the lessee is not discharged of his liability for breach of the covenant by reason of repairs paid for or made by the successor tenant (*Appleton* v. *Marx*, 191 N. Y. 81). Settle order on notice. Present — Dore, J. P., Cohn, Callahan and Breitel, JJ. [See 281 App. Div. 659.]

■

In the Matter of J. CLARKE BINGHAM, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

■

In the Matter of JESSIE BRINN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents.— Order and judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 281 App. Div. 658.]

■

CARMINE CAPUTO, Appellant, v. JOS. SCHLITZ BREWING COMPANY et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondent Jos. Schlitz Brewing Company. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

■

MEYER M. ALEXANDER, Appellant, v. BROOKLYN EAGLE, INC., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

■

INDUSTRIAL CAPITAL CORP., Respondent, v. BRELCO ELECTRONICS CORPORATION et al., Appellants.—

**6**

AEDITA S. FISHER, Respondent-Appellant, v. HARRY C. FISHER, Appellant-Respondent.— Order unanimously modified to the extent of confirming, in all respects, the report of the Official Referee and by reducing the counsel fee to $1,750 and, as so modified, affirmed, without costs. The allowance of counsel fee is excessive and under all the circumstances, it would appear that the figures suggested by the Official Referee were proper. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

■

In the Matter of the Arbitration between KENMORE METALS CORPORATION, Respondent, and EMPIRE STEEL TRADING Co., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

■